UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SALLY JASS,**

        **Plaintiff,**

**v.**                                          **Case No:  6:16-cv-1458-Orl-41KRS**

**CAPITAL ONE BANK (USA) N.A.,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Pending Settlement (Doc. 26), wherein Plaintiff has advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record